**Stomley Sales & Consulting**
12340 58th St NW
Epping, ND  58843 US
(701)570-2291
stomleyconsulting@hotmail.com

# INVOICE

**BILL TO**
Henry Hill Oil Services LLC
120 26th St. E, #200
Williston, ND  58801

**INVOICE #** 1898
**DATE** 09/01/2019
**DUE DATE** 09/01/2019
**TERMS** Due on receipt

**WELL NAME**
Ellis Federal 1-5 SWD

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 08/31/2019 | **SWD Consulting**<br>SWD Daily Consulting Fees:<br>8/01/19 thru 8/31/19<br>24-hour rate | 31 | 3,000.00 | 93,000.00 |
| 08/31/2019 | **Discount**<br>Discount of 15% applied to Consulting Rate | 93,000 | -0.15 | -13,950.00 |

**BALANCE DUE**   **$79,050.00**

Exhibit A

Accounts that are 30 days past due will be assessed with a 1.5% finance charge.

**Stomley Sales & Consulting**
12340 58th St NW
Epping, ND  58843 US
(701)570-2291
stomleyconsulting@hotmail.com

# INVOICE

**BILL TO**
Henry Hill Oil Services LLC
120 26th St. E, #200
Williston, ND  58801

**INVOICE #** 1901
**DATE** 09/15/2019
**DUE DATE** 09/15/2019
**TERMS** Due on receipt

**WELL NAME**
Ellis Federal 1-5 SWD

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/05/2019 | **SWD Consulting** <br> SWD Daily Consulting Fees: <br> 9/01/19 thru 9/05/19 <br> 24-hour rate | 5 | 3,000.00 | 15,000.00 |

**BALANCE DUE** $15,000.00

Accounts that are 30 days past due will be assessed with a 1.5% finance charge.